GRACE H. MURRAY and Others, as Executors, etc., of ELIZABETH H. STANTON, Deceased, Plaintiffs, v. THE CITY OF NEW YORK and Others, Defendants. FRANK H. APPLETON, as Successor Trustee, etc., under Indenture and Deed of Trust Dated July 15, 1922, etc., Appellant; THE CITY OF NEW YORK, Respondent.— Appeal unanimously dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MOLLIE MOHR, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CARMELA VINCI and Others, Respondents, v. BANK OF SICILY TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HENRIETTA PAGE, Respondent, v. THE REED COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOSEPH J. BIGLEY, Police Officer, Respondent, v. DAVID TILLQUIST, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LAWRENCE L. SCHNEIDER, Respondent, v. ELIZABETH ARDEN SALES CORPORATION, Appellant, Impleaded with Another.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are triable issues of fact. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE CITY OF NEW YORK, Acting by the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Respondent, v. PERRY AVENUE BUILDING CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. ALREDSPREAT REALTY CORPORATION and Others, Defendants, Impleaded with KATHARINE S. HOYT, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See, also, 165 Misc. 74.]

SADIE BURGESS and JOHN BURGESS, Appellants, v. HORN & HARDART COMPANY, Respondent.— An issue of fact as to the negligence of the defendant in failing properly to maintain the revolving door was presented and should have been submitted to the jury. Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SOPHIE CONRAD, as the General Guardian of PAUL GEORGE CONRAD, an Infant, and as General Guardian of JOHN GEORGE CONRAD, an Infant, Respondent, v. CLEMENT M. BIDDLE and Others, Appellants, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SOPHIE CONRAD, as the General Guardian of PAUL GEORGE CONRAD, an Infant, and as General Guardian of JOHN GEORGE CONRAD, an Infant, Respondents, v. CLEMENT M. BIDDLE and Others, Defendants, Impleaded with MILTON H. HALL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.